1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6                                        * * *

VALLEY HEALTH SYSTEM LLC,                )
7                                          )
                        Plaintiff,         )
8                                          )        2:10-cv-00949-LRH-LRL
       v.                                  )
9                                          )        **O R D E R**
TOTAL ELECTRICAL SERVICES &                )
10   SUPPLY CO., et al.,                   )
                                           )
11                      Defendants.        )
                                           )
12   ─────────────────────────────────────)

13          Before the court is defendant HPHG, LLC's Motion for Pretrial Conference and Stay (#45).  The

14   court has considered the motion and plaintiff's Partial Opposition (#48).  The motion will be granted

15   in part in order to give the parties a reasonable opportunity to settle this case without incurring

16   substantial additional costs.  Accordingly,

17          IT IS ORDERED that HPHG, LLC's Motion for Pretrial Conference and Stay (#45) is granted

18   to the following extent only: these proceedings shall be stayed to and including January 28, 2011.

19          DATED this 29th day of November, 2010.

20

21          _____

22          **LAWRENCE R. LEAVITT**
            **UNITED STATES MAGISTRATE JUDGE**
23

24

25

26