1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEM LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOTAL ELECTRICAL SERVICES & ) <br> SUPPLY CO. DBA TESSCO; CAPROCK ) <br> HEALTHPLANS, INC.; and DOES 1 through ) <br> 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 2:10-cv-000949-LRH-LRL <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** AND ORDER THEREON <br><br> Complaint Filed:   February 17, 2009 <br> Trial Date:            None |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between plaintiff VALLEY HEALTH SYSTEM LLC, by and through its attorneys of record, Gordon & Rees, LLP, and defendants Caprock Healthplans, Inc. and HPHG, LLC, by and through their attorneys of record, Lipson, Nielson, Cole, Seltzer & Garin, P.C., and defendant and "cross-complainant" Total Electrical Services & Supply Co. dba TESSCO, by and through its attorney of record, Lewis, Brisbois, Bisgaard & Smith, LLP, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), that this Court shall enter a dismissal of the entire action, with all parties to bear their own costs and legal fees.

The parties further STIPULATE that a facsimile copy of any counsel's signature or an electronic signature of any counsel on this joint motion shall be binding as an original for all

1  purposes relating to this document.  This stipulation will also confirm that any counsel whose
2  electronic signature appears below has consented to the use of said signature.  All persons
3  executing this joint motion hereby acknowledge that they have full authority to do so on behalf
4  of their respective clients.  The first undersigned certifies that the content of this document is
5  acceptable to all persons required to sign the document and authorization for the electronic
6  signatures of all parties on the document has been obtained.

7      IT IS SO STIPULATED.

                                          Respectfully submitted,

Dated:  February 15, 2011            GORDON & REES LLP

                                       by  /s/ Craig J. Mariam
                                           Craig J. Mariam
                                           Joseph P. Hardy
                                           Attorneys for plaintiff
                                           Valley Health System, LLC

Dated:  February 15, 2011            LIPSON, NEILSON, COLE, SELTZER &
                                         GARIN, P.C.

                                         by  /s/ Joseph P. Garin
                                           Joseph P. Garin
                                           Attorney for defendants
                                           Caprock Healthplans, Inc. & HPHG, LLC

Dated: February 15, 2011             LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

                                         by  /s/ Josh Cole Aicklen
                                           Josh Cole Aicklen
                                           Janice J. Brown
                                           Attorneys for defendant and "cross-
                                           complainant" Total Electrical Services &
                                           Supply Co. dba TESSCO

1    This Court, having considered the above stipulation of the parties, and good cause
2 appearing, IT IS SO ORDERED.
3
4
5 DATED: February 17, 2010
6                                      LARRY R. HICKS
                                     UNITED STATES DISTRICT JUDGE